**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6683**

---

SAMUEL WILLIAMS FEREBEE,

Plaintiff - Appellant,

versus

JERRY G. MONETTE; GEORGE L. ADKINS; ELLA
BULLOCK,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Joseph C. Howard, District
Judge.  (CA-00-87-5-H)

---

Submitted:  October 24, 2001          Decided:  November 15, 2001

---

Before LUTTIG, KING, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Marvin R. Sparrow, SPARROW & VANDENBERG, Durham, North Carolina,
for Appellant.  Scott C. Hart, SUMRELL, SUGG, CARMICHAEL, HICKS &
HART, P.A., New Bern, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Samuel Williams Ferebee appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Ferebee v. Monette</u>, No. CA-00-87-5-H (E.D.N.C. filed Mar.14, 2001; entered Mar. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>